**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Karl@KRInternetLaw.com
Jeff@KRInternetLaw.com
Liana@KRInternetLaw.com

Attorneys for Plaintiff NostalgiaConventions.com, LLC
*dba* Colossalcon

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOSTALGIACONVENTIONS.COM, LLC,** an Ohio limited liability company *dba* COLOSSALCON,<br><br>Plaintiff,<br><br>v.<br><br>**COLOSSUS CON** *aka* **COLOSSUS POP CULTURE EXPO & COMIC CON** *aka* **COLOSSUS POP EXPO,** a business entity of unknown formation;<br>**MARINA LUKYANTSEVA** *aka* **MARINA LUKYANTSEVA-HAWORTH,** an individual *dba* COLOSSUS CON;<br>**DAVIDSON HAWORTH,** an individual *dba* COLOSSUS CON;<br>**COLOSSUS GIRL ENTERTAINMENT LLC**, a California limited liability company; and **DOES 1 through 10**, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00695-EMC<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE AND CONTINUE UPCOMING HEARINGS;**<br>**AND [PROPOSED] ORDER** |

The parties, Plaintiff NostalgiaConventions.com, LLC *dba* Colossalcon ("Plaintiff"), through counsel, and Defendants Marina Lukyantseva and Davidson Haworth ("Defendants"), hereby notify the Court that they have reached a settlement in principle. The parties' settlement contemplates injunctive relief to be completed by October 1, 2017, and, if said injunctive relief is completed, the parties intend to thereafter stipulate to dismissal of the action with prejudice.

Therefore, to preserve the resources of the parties and the Court, the parties hereby stipulate and request that the Court: (1) vacate the upcoming hearing on Defendants' Motion to Dismiss, currently scheduled for August 17, 2017, and (2) continue the upcoming status hearing, currently scheduled for September 14, 2017, to October 26, 2017, or any convenient date thereafter.

IT IS SO STIPULATED.

Dated: August 7, 2017   **KRONENBERGER ROSENFELD, LLP**

By: _____s/ Liana W. Chen_____
Liana W. Chen
Attorneys for Plaintiff

Dated: August 7, 2017   **DAVIDSON HAWORTH**

By: _____s/ Davidson Haworth_____
Defendant Pro Per

Dated: August 7, 2017   **MARINA LUKYANTSEVA**

By: _____s/ Marina Lukyantseva_____
Defendant Pro Per

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

_____s/ Liana W. Chen_____
Liana W. Chen

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation and finding good cause appearing, hereby orders:

1. The August 17, 2017 hearing on Defendants' Motion to Dismiss is HEREBY VACATED.
2. The September 14, 2017 status hearing is HEREBY CONTINUED to October 26, 2017 [or _____] at 10:30 a.m.

IT IS SO ORDERED.

Dated: 8/8/2017  _____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen