KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Liana W. Chen (Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Karl@KRInternetLaw.com
Jeff@KRInternetLaw.com
Liana@KRInternetLaw.com

Attorneys for Plaintiff NostalgiaConventions.com, LLC
*dba* Colossalcon

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOSTALGIACONVENTIONS.COM, LLC,** an Ohio limited liability company *dba* COLOSSALCON,<br><br>Plaintiff,<br><br>v.<br><br>**COLOSSUS CON** *aka* **COLOSSUS POP CULTURE EXPO & COMIC CON** *aka* **COLOSSUS POP EXPO,** a business entity of unknown formation; **MARINA LUKYANTSEVA** *aka* **MARINA LUKYANTSEVA-HAWORTH,** an individual *dba* COLOSSUS CON; **DAVIDSON HAWORTH,** an individual *dba* COLOSSUS CON; **COLOSSUS GIRL ENTERTAINMENT LLC**, a California limited liability company; and **DOES 1 through 10**, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00695-EMC<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL & [PROPOSED] ORDER DISMISSING ACTION** |



1  Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff NostalgiaConventions.com, LLC *dba*
2  Colossalcon ("Plaintiff"), through counsel, hereby requests that the Court enter an order
3  dismissing this entire action and ordering that each party bear its own attorney's fees and
4  costs.

5  Good cause exists to dismiss this action pursuant to the parties' settlement
6  agreement. Plaintiff's counsel contacted Defendants *pro per* via email and phone and
7  attempted to obtain Defendants' signatures on a stipulation to dismiss the action;
8  however, Defendants have not responded.

10 Dated: October 18, 2017     **KRONENBERGER ROSENFELD, LLP**

12                By:    s/ Liana W. Chen
                         Liana W. Chen
13                       Attorneys for Plaintiff

# [PROPOSED] ORDER

Pursuant to Plaintiff's request to dismiss this action, and for good cause appearing, it is hereby ORDERED, ADJUDGED, and DECREED that the entire action is hereby dismissed. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 10/23/2017



UNITED STATES DISTRICT JUDGE